UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE WASHINGTON,

               Plaintiff,

    - against -

NYSARC, INC.,

               Defendant.

21 Civ. 7210 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by 10/22/21.

SO ORDERED.

Dated:    New York, New York
           October 12, 2021

                                          John G. Koeltl
                                   United States District Judge