UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

YVONNE WASHINGTON,

        Plaintiff,

        v.

NYSARC, INC. d/b/a AHRC NEW YORK CITY,

        Defendant.

-----------------------------------------------------------X

Case No. 21-cv-07210 (JGK)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for Plaintiff Yvonne Washington ("Plaintiff") and NYSARC, Inc., New York City Chapter d/b/a AHRC New York City ("Defendant"), that the above-captioned action is voluntarily dismissed with prejudice and without costs or attorneys' fees to any party.

By: _____
D. Maimon Kirschenbaum
Leah Seliger
Joseph & Kirschenbaum LLP
*Attorneys for Plaintiff*
32 Broadway, Suite 601
New York, NY 10006
(212) 688-5640

Date: 1/19/2022

By: _____
Stefanie Toren
CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendant*
350 Fifth Avenue, 61st Floor
New York, New York 10118
(212) 687-7410

Date: 1/31/22

SO ORDERED:
_____
2/1/22